UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) No. 3:04-00026<br>) CHIEF JUDGE HAYNES |
| EMOE ZAKIAYA MOSI BAKARI<br>a/k/a ERIC LAMONT PULLENS | )<br>)<br>) |

## AGREED ORDER

Based on the agreement of the parties, the revocation hearing in this case is hereby continued until Friday, November 21, 2014, at 1:30 p.m.

The parties have agreed that Mr. Bakari should be released on pretrial release under the same conditions of supervision as originally imposed, with the added condition that Mr. Bakari reside at the Ephesis Halfway House, 113 Rayon Drive, Old Hickory, Tennessee, for a period of six (6) months. The government agrees to dismiss the violation petition at the next hearing if there are no further violations.

This case is referred to the Magistrate Judge for a hearing today upon the parties' agreement that Mr. Bakari shall be placed on pretrial release.

IT IS SO ORDERED.

WILLIAM J. HAYNES, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Approved for entry:

s/ R. David Baker
R. David Baker
Assistant Federal Public Defender

s/ Harold B. McDonough, Jr.
Harold B. McDonough, Jr.
Assistant U.S. Attorney