IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3-04-00026 |
| v. ) | |
| ) | |
| EMOE ZAKIAYA MOSI BAKARI ) | |
| a/k/a ERIC LAMONT PULLENS ) | |

O R D E R

Pursuant to Chief Judge Haynes' Order entered June 27, 2014, Docket Entry No. 56, it is hereby ORDERED that a hearing is scheduled for **3:30 p.m., today, Friday, June 27, 2014**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge