UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:04-00026 |
| | ) JUDGE HAYNES |
| EMOE ZAKIAYA MOSI BAKARI | ) |
| a/k/a ERIC LAMONT PULLENS | ) |

## AGREED ORDER

Based on the agreement of the parties, the revocation hearing in this case is hereby continued until Friday, May 1, 2015, at 1:30 p.m.

IT IS SO ORDERED.

_____
WILLIAM J. HAYNES, JR.
JUDGE, UNITED STATES DISTRICT COURT

Approved for entry:

*s/ R. David Baker*
R. David Baker
Assistant Federal Public Defender
Federal Public Defender's Office
810 Broadway, Suite 200
Nashville, TN 37203-3805

*s/ Harold Benton McDonough, Jr.*
Harold B. McDonough, Jr.
Assistant United States Attorney
Office of the United States Attorney
110 Ninth Avenue South, A-961
Nashville, TN 37203-3870