UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:04-00026 |
| ) | SENIOR JUDGE HAYNES |
| ) | |
| EMOE ZAKIAYA MOSI BAKARI ) | |
| a/k/a ERIC LAMONT PULLENS ) | |

AGREED ORDER

This cause came before the Court on August 31, 2015, on a hearing on the Superseding Petition for Warrant for Offender Under Supervision (DE 76). Mr. Bakari admitted that he had violated the conditions of supervision as alleged in the Superseding Petition (DE 76).

Upon agreement of the parties, it is hereby ORDERED that the term of supervised release is hereby revoked. Further, it is ORDERED that Mr. Bakari shall be imprisoned for a period of eight (8) months, with no supervision to follow. Mr. Bakari shall surrender to the United States Marshal Service for commencement of the service of this sentence on Wednesday, September 9, 2015.

WILLIAM J. HAYNES, JR.
SENIOR JUDGE, UNITED STATES DISTRICT COURT

Approved for entry:

*s/ Mariah A. Wooten*
Mariah A. Wooten
First Assistant Federal Public Defender
Federal Public Defender's Office
810 Broadway, Suite 200
Nashville, TN 37203-3805

*s/ Harold Benton McDonough, Jr.*
Harold B. McDonough, Jr.
Assistant United States Attorney
Office of the United States Attorney
110 Ninth Avenue South, A-961
Nashville, TN 37203-3870